UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **GHULAM NASIM, ETC.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 07-1447** |
| **KATHLEEN BLANCO, ET AL** | **SECTION "K"(3)** |

### ORDER AND OPINION

Before the Court is a pleading filed on behalf of plaintiff Ghulam Nasim on February 8, 2008, (Doc. 16) which the Court construes as a motion for reconsideration of the January 22, 2008, order transferring the case to Section "K." The Court, for the following reasons, denies the motion.

Plaintiff filed suit against numerous defendants seeking compensatory and punitive damages for alleged negligence and violations of his right to equal protection under the Fourteenth Amendment to the Constitution resulting from the flooding which occurred in conjunction with Hurricanes Katrina due to the breach of various levees. At the time plaintiff filed this suit, there was already pending in this section, C.A. No. 05-4182 *In Re: Katrina Canal Breaches Consolidated Litigation*, an "umbrella" case in which all suits involving allegations of a levee breach are consolidated. Local Rule 3.1.1 provides that when civil cases are related, i.e., involve subject matter that either comprises all or a material part of the subject matter or operative facts of another action that the later filed suit "shall be transferred to the section to which the matter having the lowest docket number has been allotted." Because this case is related to *In Re: Katrina Canal Breaches Consolidated Litigation,* it was properly transferred to this section. Accordingly, the motion for

reconsideration of the January 22, 2008, transfer order is DENIED.

New Orleans, Louisiana, this 12th day of February 2008.

_____
STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE